UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Salomon/Smith Barney Mutual Fund Fees Litigation | Civil Action No. 04 Civ. 4055 (PAC) |

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between undersigned counsel, that all named Plaintiffs in the above-captioned case (Chanda Maxwell, Ryan Maxwell, Tony C. Evans, and Michelle Gomez), by their attorneys pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the above-captioned action with prejudice and with each party bearing its own costs, fees and expenses in this matter.

Dated: October 20, 2011
       New York, New York

MILBANK, TWEED, HADLEY &
MCCLOY LLP
JAMES N. BENEDICT
SEAN M. MURPHY

By: *James Benedict*

JAMES N. BENEDICT
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
jbenedict@milbank.com
smurphy@milbank.com

WILLKIE FARR & GALLAGHER LLP
MARY JANE EATON
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
meaton@willkie.com

Dated: October 20, 2011
       New York, New York

MILBERG LLP
JEROME M. CONGRESS
JANINE L. POLLACK
JOHN R.S. MCFARLANE

By: *Janine Pollack*

JANINE L. POLLACK
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
jcongress@milberg.com
jpollack@milberg.com
jmcfarlane@milberg.com

GRANT & EISENHOFER P.A.
JAY W. EISENHOFER
JAMES J. SABELLA
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
jeisenhofer@gelaw.com
jsabella@gelaw.com

<div style="column-count:2">

SULLIVAN AND CROMWELL LLP
MARC DE LEEUW
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4219
Facsimile: (212) 291-9035
deleeuwm@sullcrom.com

KREBSBACH & SNYDER, PC
THEODORE R. SNYDER
One Exchange Plaza
55 Broadway
New York, NY 10006
Telephone: (212) 825-9811
Facsimile: (212) 825-9828
tsnyder@krebsbach.com

SULLIVAN & WORCESTER LLP
JOSHUA L. SOLOMON (admitted pro hac vice)
LAURA STEINBERG (admitted pro hac vice)
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880
jsolomon@sandw.com
lsteinberg@sandw.com

*Attorneys for Defendants*

BROWER PIVEN, A PROFESSIONAL CORPORATION
CHARLES J. PIVEN
1925 Old Valley Road,
Stevenson, Maryland 21153
Telephone: (410) 332-0030
Facsimile: (410) 685-1300
piven@browerpiven.com

*Attorneys for Plaintiffs*

</div>